FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_Kimberly Ann Hewins_ v. _United States Postal Service_

No. 15-3171

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:  Kimberly Ann Hewins
                                   Name of party

I am, or the party I represent is (select one):

[✓] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert F. Stone, Esq. |
| Law firm: | Law Office of robert F. Stone |
| Address: | P.O. Box 183 |
| City, State and ZIP: | South Deerfield, Massachusetts 01373 |
| Telephone: | (413) 369-4421 |
| Fax #: | (413) 369-4244 |
| E-mail address: | rfstoneesq@comcast.net |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 8, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

JUL 2 2 2015
Date                                  Signature of pro se or counsel

cc: Lisa Lederer, Esq., MSPB Respondent Attorney.

# United States Court of Appeals for the Federal Circuit

*Hewins v. MSPB,* 2015-3171

## CERTIFICATE OF SERVICE

I, John C. Kruesi, Jr, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by ROBERT F. STONE, Attorneys for Petitioner to print this document. I am an employee of Counsel Press.

On **July 22, 2015,** counsel has authorized me to electronically file the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

Katrina Lederer, Attorney Advisor
Merit Systems Protection Board
1615 M Street, NW
Washington, DC 20419
202-254-4414
katrina.lederer@mspb.gov

July 22, 2015                                    /s/ John C, Kruesi, Jr.
                                                 John C. Kruesi, Jr.
                                                 Counsel Press